**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6731**

———————

STANLEY LORENZO WILLIAMS,

                Petitioner - Appellant,

     v.

THEODIS BECK, SEC. OF CORRECTION; SCOTLAND COUNTY SUPERIOR
COURT,

                Respondents - Appellees.

———————

**No. 13-6736**

———————

STANLEY LORENZO WILLIAMS,

                Petitioner - Appellant,

     v.

ROBERT W. SMITH, Superintendent; THEODIS BECK, Secretary of
Corrections,

                Respondents - Appellees.

———————

Appeals from the United States District Court for the Middle
District of North Carolina, at Greensboro.  Thomas D. Schroeder,
District Judge.  (1:08-cv-00492-TDS-WWD; 1:07-cv-00757-TDS-WWD)

———————

Submitted:  August 27, 2013     Decided:  September 5, 2013

———————

Before KING, GREGORY, and DAVIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

_____

Stanley Lorenzo Williams, Appellant Pro Se.  Mary Carla Hollis, Assistant Attorney General, Clarence Joe DelForge, III, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Stanley Lorenzo Williams challenges the district court's order denying his letter/motion dated February 20, 2013. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED